JACKSON ET AL. *v.* REEVES.

From the Steuben Circuit Court.

*D. E. Palmer, J. A. Woodhull* and *W. G. Croxton,* for appellants.

BUSKIRK, J.—This case is, in all of its legal aspects, the same as the one between the same parties, decided on the 23d day of November, 1876, *ante,* p. 231. The judgment is reversed for the same cause, and the cause is remanded with the same directions as in the above case.